# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0055. HITE v. STEELE.**

Upon consideration of Appellant's emergency motion to stay the trial court's "Order on Respondent's Noncompliance," the same is hereby DENIED. See OCGA §§ 5-6-34 (e); 5-6-35 (k); *Blackmore v. Blackmore*, 311 Ga. App. 885, 888 (1) (717 SE2d 504) (2011) ("[G]iven the Supreme Court's acknowledgment of the trial court's broad authority to decide matters of the supersedeas effect of child custody rulings, as well as the trial court's mandate to protect the best interest and welfare of the children pending appeal, we see no reason to limit the trial court's authority [to deny supersedeas regarding its order].") (citation and punctuation omitted).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/24/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*